**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TODD A. CORNELL,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:11-CV-843 |
| vs. | : | (Complaint Filed 5/3/11) |
| **MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,** | : | (Judge Caputo) |
| Defendant | : | |

**ORDER**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Todd A. Cornell as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Todd A. Cornell disability insurance and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                                                s/A. Richard Caputo
                                                A. RICHARD CAPUTO
                                                United States District Judge

Dated: July  12, 2012